UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JOSEPH SHERMAN, individually and on behalf of himself all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 20-cv-1185 |
| v. | ) ) |
| BRANDT INDUSTRIES USA LTD., | ) ) |
| Defendant. | ) ) |

### MOTION TO STAY PROCEEDINGS PENDING DECISION BY THE ILLINOIS APPELLATE COURT

Defendant BRANDT INDUSTRIES USA, LTD. ("Brandt"), by its attorneys, Davis & Campbell L.L.C., hereby moves to moves the Court to stay all proceedings in this matter pending a decision by the Illinois Appellate Court for the First Judicial District in *McDonald v. Symphony Bronzeville Park, LLC*, Case No. 1-19-2398 (1st Dist.) ("*McDonald*"). The *McDonald* case is currently pending before the Illinois Appellate Court on a certified question through an interlocutory appeal from Cook County Circuit Court. The precise question certified and currently before the First District is: "Do[] the exclusivity provisions of the Workers' Compensation Act bar a claim for statutory damages under BIPA where an employer is alleged to have violated an employee's statutory privacy rights under BIPA?"

The Appellate Court's answer to the certified question is of significant importance to this case, which only involves state law claims under BIPA. No other State appellate court has decided the issue. Brandt has moved to dismiss the Amended Complaint based on the exclusivity provisions of the Illinois Workers Compensation Act.

The *McDonald* appeal is progressing. Briefing on the certified question is expected to be complete as of July 24, 2020.

The case pending in this Court is at a very early stage. Brandt has just filed a Motion to Dismiss and/or Strike Prayer for Damages. Discovery has not started. No scheduling Order has been entered. No trial date has been set. No party will suffer substantial prejudice from a stay pending the decision by the Illinois Appellate Court.

Although Brandt believes that Counts I and II of the Amended Complaint fall within the exclusive remedy of the IWCA, it is by no means easy in the absence of any appellate caselaw to predict how Illinois's highest court will determine this issue.

Brandt relies on a Memorandum in Support of this Motion filed contemporaneously.

Pursuant to Local Rule 7.1(A)(2), Defendant requests oral argument on this Motion because to more thoroughly address the issues and for the guidance of the Court.

**WHEREFORE**, Brandt Industries USA, Ltd. respectfully requests that the Court grant this motion and stay this matter in its entirety pending a decision by the Illinois Appellate Court for the First Judicial District in *McDonald v. Symphony Bronzeville Park, LLC*.

Dated: July 23, 2020

                        Respectfully submitted,
                        BRANDT INDUSTRIES USA, LTD., Defendant

                        By: /s/ David G. Lubben
                              Keith J. Braskich
                              David G. Lubben
                              DAVIS & CAMPBELL L.L.C.
                              401 Main Street, Suite 1600
                              Peoria, Illinois 61602
                              Phone: (309) 673-1681
                              Fax: (309) 673-1690
                              kjbraskich@dcamplaw.com
                              dglubben@dcamplaw.com
                              Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July, 2020, a true and correct copy of the foregoing MOTION TO STAY PROCEEDINGS PENDING DECISION BY THE ILLINOIS APPELLATE COURT was served via the Court's Electronic Case Filing System and by e-mail upon the following attorneys of record:

Keith J. Keogh
Keogh Law, Ltd.
55 W. Monroe St., Suite 3390
Chicago, Illinois 60603
keith@keoghlaw.com
Attorney for Plaintiff and the Putative Class

/s/ David G. Lubben
Keith J. Braskich
David G. Lubben
DAVIS & CAMPBELL L.L.C.
401 Main Street, Suite 1600
Peoria, Illinois 61602
Phone: (309) 673-1681
Fax: (309) 673-1690
kjbraskich@dcamplaw.com
dglubben@dcamplaw.com

Attorneys for Defendant