E-FILED
Monday, 21 March, 2022  09:05:32 PM
Clerk, U.S. District Court, ILCD

# NOTICE OF CLASS ACTION LAWSUIT AND PROPOSED SETTLEMENT
## THE COURT AUTHORIZED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.

*Sherman v. Brandt Industries USA Ltd.*
**USDC, Central District of Illinois, Peoria Division Case No. 2020-cv-1185.**

YOU MAY BE ENTITLED TO RECEIVE MONETARY COMPENSATION.

| | |
|---|---|
| **What is this?** | This is notice of a Proposed Settlement in a class action lawsuit. |
| **What is this lawsuit about?** | The Settlement would resolve a lawsuit brought on behalf of a putative class of individuals, alleging Brandt Industries USA Ltd. ("Brandt") violated the Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1, *et seq.,* by failing to: (1) obtain its employees' informed written consent before collecting, capturing, or otherwise obtaining their biometric data in connection with Brandt's timekeeping system; and (2) implement and adhere to a written policy for permanently destroying Brandt's employees' biometric data. Brandt denies these allegations and any wrongdoing. The Court has not ruled on the merits of Plaintiff's claims or Brandt's defenses. |
| **Why am I getting this notice?** | You were identified as someone who may have had their biometric data collected, captured, or otherwise obtained by Brandt. |
| **What does the Settlement provide?** | Brandt agreed to pay up to $250,000.00 in Settlement Funds, which will pay for the cost of notice and administration of the settlement, Settlement Class members' claims, attorneys' fees and expenses incurred by counsel for Plaintiff and the Settlement Class ("Class |

124384

| | |
|---|---|
| | Counsel"), and any service award for Plaintiff Joseph Sherman permitted by law. Class Counsel estimates that Settlement Class members will receive a cash award of between $_____ to $_____. Plaintiff will petition for a service award not to exceed $_____ for Plaintiff Sherman's work in representing the Class and Class Counsel's fees up to thirty-six percent of the settlement fund, not to exceed $_____, plus reasonable expenses. |
| **How can I receive a payment from the Settlement?** | There is nothing you need to do to obtain a payment from the Settlement. Your portion of the settlement funds will be sent to your last known address, along with a 1099 form. |
| **Do I have to be included in the Settlement?** | If you do not want monetary compensation from this Settlement and you want to keep the right to sue, or continue to sue Brandt on your own, then you must exclude yourself from the Settlement by sending a letter to the address below requesting exclusion to the Settlement Administrator by _____, 2022. The letter must contain the specific information set forth on the Settlement Website "Opt-Out Process," which can be found at www.BIUSAbiometricsettlement.com. |
| **If I don't like something about the Settlement, how do I tell the Court?** | If you do not exclude yourself from the Settlement, you can object to any part of the Settlement. You must file your written objection with the Court by _____, 2022, and mail a copy to both Class Counsel and defense counsel. Your written objection must contain the specific information set forth on the Settlement Website, www.BIUSAbiometricsettlement.com. |

| What if I do nothing? | If you do nothing, your settlement payment will be issued to your last known address. You will be bound by the Settlement, and you will release Brandt from liability. |
|---|---|
| How do I get more information about the Settlement? | This notice contains limited information about the Settlement. For more information, to view additional Settlement documents, and to review information regarding your opt-out and objection rights and the final approval hearing, visit www.BIUSAbiometricsettlement.com. |

Brandt Industries USA Ltd. BIPA SETTLEMENT
[INSERT CLAIMS ADMIN]
[INSERT CLAIMS ADMIN ADDRESS]

[CLAIM ID IN DIGITS]
[CLAIM ID IN 2D BARCODE]
Postal Service: Please Do Not Mark or Cover Barcode

[FIRST1] [LAST1]
[BUSINESSNAME]
[ADDR1] [ADDR2]
[CITY] [ST] [ZIP]