# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| JOSEPH SHERMAN, individually and on behalf of himself all others similarly situated, | ) Case No. 1:20-cv-01185-MMM-JEH ) |
| *Plaintiff,* | ) Hon. Michael M. Mihm ) Judge Presiding ) |
| v. | ) ) Hon Jonathan E. Hawley |
| BRANDT INDUSTRIES USA LTD., | ) Magistrate Judge ) |
| *Defendant.* | ) ) |

## PLAINTIFF'S MOTION
## FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons set forth in his accompanying memorandum of law, Plaintiff Joseph Sherman ("Plaintiff"), by his undersigned attorneys, respectfully moves this Court to enter his proposed order, which Defendant Brandt Industries USA, Ltd ("Brandt") does not oppose, and grant final approval of the class action settlement reached with Brandt.

Dated: July 1, 2022

Respectfully submitted,

**JOSEPH SHERMAN, individually and on behalf of all others similarly situated,**

By:   /s/ Gregg M. Barbakoff
Keith J. Keogh (ARDC 6257811)
Gregg M. Barbakoff (ARDC 6305413)
KEOGH LAW, LTD.
55 W. Monroe St., Suite 3390
Chicago, Illinois 60603
Tel.: (312) 726-1092
Fax: (312) 726-1093
keith@keoghlaw.com
gbarbakoff@keoghlaw.com

*Attorney for Plaintiff and the Proposed Settlement Class*

130966

## CERTIFICATE OF SERVICE

      I, Gregg M. Barbakoff, an attorney, hereby certify that on **July 1, 2022,** service of a true and correct copy of this document and any referenced exhibits was accomplished pursuant to ECF on all parties who are Filing Users.

      /s/ Gregg M. Barbakoff

130966